NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SCOTT BLAIR,**
*Appellant*

**v.**

**KAWASAKI RAIL CAR, INC.,**
*Appellee*

---

2018-2098

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00117.

---

**JUDGMENT**

---

DARIUSH KEYHANI, Keyhani LLC, Washington, DC, argued for appellant.

SHEILA MORTAZAVI, Hunton Andrews Kurth LLP, New York, NY, argued for appellee. Also represented by ZAED M. BILLAH, MARK ALEXANDER CHAPMAN, ARMIN GHIAM.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 8, 2019                     /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                 Clerk of Court